```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

RICHARD STRINGER,                :
                                 :
    Plaintiff,                   :
                                 :
vs.                              :     CIVIL ACTION 05-0441-M
                                 :
KELLOGG BROWN & ROOT, INC.,      :
et al.,                          :
                                 :
    Defendants.                  :

## ORDER

Defendant's Motion to Compel (Doc. 26), Plaintiff's Opposition to Defendant's Motion to Compel (Doc. 30), and Defendant's Response to Plaintiff's Opposition to Defendant's Motion to Compel (Doc. 32) are hereby **SET** for oral argument on **Friday, April 7, 2006, at 2:30 p.m. in Courtroom 3B, United States Courthouse, 113 St. Joseph Street, Mobile, Alabama.**

    DONE this 29th day of March, 2005.

                                                s/BERT W. MILLING, JR.
                                              UNITED STATES MAGISTRATE JUDGE